UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 11-00006-JVS(RNBx)                         Date  April 26, 2011

Title  **Eddie Yau, et al. v. Duetsche Bank National Trust Co. Americas, et al.**

Present: The Honorable     James V. Selna

| Karla J. Tunis | Jane Sutton |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

Lenore Albert                                 Imran Hayat / Todd Boock

**Proceedings:**    **Order to Show Cause Why Preliminary Injunction Should Not Issue (TRO issued 4-15-11)**

Cause called and counsel make their appearances. The Court states, for the record, its tentative ruling for the record. Counsel make their arguments.

The Court grants in part and denies in part the preliminary injunction and rules as follows:     On April 15, 2011, the Court granted the application of plaintiffs Robert Rhoades and Nicole Rhoades (collectively "Rhoades"); Douglas Edman and Douglas Edman and Eric Edman as Trustees of the High Desert Enterprise Trust (collectively "Edmans"); Anthony Johnson ("Johnson")' Angela Brown ("Brown"); Carmen Abrallo ("Arballo"); and Otis Banks ("Banks").[1] (Docket No. 168.)

The matter came on for hearing on April 26, 2011. The Court adopts the analysis which it set forth on the record, including the effect of two recent administrative consent decrees (see Application, Dockets Nos. 164-1 and 164-2), the lack of a private remedy under HAMP, and the failure to establish the necessary elements for the grant of a preliminary injunction, including the likelihood of prevailing on the merits.

The Court orders:

1. With respect to Arballo and Edmans, the Court denies the application. However, the Court stays the effect of its Order for fourteen days to allow these applicants to seek emergency relief in the Court of Appeals for the Ninth Circuit.

---

[1] By agreement of the parties, Arballo and Brown were joined on the original application. (Docket No. 173.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 11-00006-JVS(RNBx) | Date | April 26, 2011 |
| Title | Eddie Yau, et al. v. Duetsche Bank National Trust Co. Americas, et al. | | |

    2. With respect to Rhoades, Johnson, Brown, and Banks, the record reveals that loan modifications are still under consideration, and no final determination has been made. Defendants have consistently represented that they will engage in no foreclosure activities while still considering a modification. With respect to these applicants, the Court grants limited relief until defendants have made a final determination, and during such period defendants and all persons covered by the Temporary Restraining Order are enjoined from taking any action restrained by the Temporary Restraining Order. Thereafter the injunctive relief shall be dissolved,[2] save for an additional fourteen days to allow these applicants to seek emergency relief in the Court of Appeals for the Ninth Circuit. Notice of any denial of modification shall be given to the applicant as well as the applicant's counsel of record in this matter.

  The Court GRANTS the parties oral request to continue the Scheduling Conference in this matter to Monday, May 9, 2011 at 1:30 p.m.

| | 0 : 42 |
|---|---|
| Initials of Preparer | kjt |

---

  [2]The dissolution is without prejudice to any application for additional relief which may be available in light the facts existing at the time of dissolution.