Lenore Albert, Esq.
Law Offices of Lenore Albert
7755 Center Avenue Suite #7755
Huntington Beach, CA  92647
Ph: 714-372-2264
Fx: 419-831-3376
Email: lenorealbert@msn.com
Counsel for plaintiffs and the class

## UNITED STATES DISTRICT COURT FOR THE CENTRAL

## DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE YAU, et al, Plaintiff | ) CASE NUMBER: SACV 11-00006-JVS (RNBx) <br> ) <br> ) **NOTICE OF** <br> ) **PRELIMINARY INJUNCTION APPEAL** <br> ) |
| v. | |
| DEUTSCHE BANK <br> NATIONAL TRUST <br> COMPANY, et al Defendant | ) <br> ) <br> ) |

    Notice is hereby given that named plaintiffs Douglas L. Edman, Douglas L. Edman and Eric Edman as Trustees of the High Desert Enterprise Trust, and Carmen Arballo, and those similarly situated in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from that part of an order denying a preliminary injunction entered in this action on the 5th day of May, 2011.

    Notice is hereby further given that all plaintiffs in the above named case, appeal any interim orders affecting or embracing the appealable order, including but not limited to any requests by plaintiffs for stay of proceedings. A motion to expedite the appeal, grant the injunction pending appeal and/or to stay all further proceedings in the District Court will follow immediately forthwith.

    A copy of said order is attached hereto.

Date: May 6, 2011

                                              _/s/ Lenore Albert_
                                              Lenore L. Albert, Esq.
                                              Counsel for Appellants

The names of the all parties to the order and the names and addresses of the attorneys for each party are as follows:

Representative named plaintiffs, specifically named in the Order are as follows:

**Robert Rhoades**
Lenore L. Albert, Esq.
LAW OFFICES OF LENORE ALBERT
7755 Center Avenue, Suite #1100
Huntington Beach, CA 92647
Telephone (714) 372-2264
Facsimile (419) 831-3376
Email: lenorealbert@msn.com

**Nicole Rhoades**
Lenore L. Albert, Esq.
LAW OFFICES OF LENORE ALBERT
7755 Center Avenue, Suite #1100
Huntington Beach, CA 92647
Telephone (714) 372-2264
Facsimile (419) 831-3376
Email: lenorealbert@msn.com

**Douglas L. Edman**
Lenore L. Albert, Esq.
LAW OFFICES OF LENORE ALBERT
7755 Center Avenue, Suite #1100
Huntington Beach, CA 92647
Telephone (714) 372-2264
Facsimile (419) 831-3376
Email: lenorealbert@msn.com

**Douglas L. Edman and Eric Edman**
**as Trustees of the High Desert Enterprise Trust**
Lenore L. Albert, Esq.
LAW OFFICES OF LENORE ALBERT
7755 Center Avenue, Suite #1100
Huntington Beach, CA 92647
Telephone (714) 372-2264
Facsimile (419) 831-3376

Email: lenorealbert@msn.com

**Anthony Johnson**
Lenore L. Albert, Esq.
LAW OFFICES OF LENORE ALBERT
7755 Center Avenue, Suite #1100
Huntington Beach, CA 92647
Telephone (714) 372-2264
Facsimile (419) 831-3376
Email: lenorealbert@msn.com

**Angela Brown**
Lenore L. Albert, Esq.
LAW OFFICES OF LENORE ALBERT
7755 Center Avenue, Suite #1100
Huntington Beach, CA 92647
Telephone (714) 372-2264
Facsimile (419) 831-3376
Email: lenorealbert@msn.com

**Carmen Arballo**
Lenore L. Albert, Esq.
LAW OFFICES OF LENORE ALBERT
7755 Center Avenue, Suite #1100
Huntington Beach, CA 92647
Telephone (714) 372-2264
Facsimile (419) 831-3376
Email: lenorealbert@msn.com

**Otis Banks**
Lenore L. Albert, Esq.   SBN 210876
LAW OFFICES OF LENORE ALBERT
7755 Center Avenue, Suite #1100
Huntington Beach, CA 92647
Telephone (714) 372-2264
Facsimile (419) 831-3376
Email: lenorealbert@msn.com

The other Named Plaintiffs in this action, not specifically named in the order, but affected by any ancillary stay orders and the names and addresses of their attorney of record are as follows:

**Eddie Yau**
Lenore L. Albert, Esq.
LAW OFFICES OF LENORE ALBERT
7755 Center Avenue, Suite #1100
Huntington Beach, CA 92647
Telephone (714) 372-2264
Facsimile (419) 831-3376
Email: lenorealbert@msn.com

**Gloria Yau**
Lenore L. Albert, Esq.
LAW OFFICES OF LENORE ALBERT
7755 Center Avenue, Suite #1100
Huntington Beach, CA 92647
Telephone (714) 372-2264
Facsimile (419) 831-3376
Email: lenorealbert@msn.com

**Steve Burke**
Lenore L. Albert, Esq.
LAW OFFICES OF LENORE ALBERT
7755 Center Avenue, Suite #1100
Huntington Beach, CA 92647
Telephone (714) 372-2264
Facsimile (419) 831-3376
Email: lenorealbert@msn.com

**Chen Pi as an individual and Trustee of the Pi Trust dated May 17, 2004**
Lenore L. Albert, Esq.
LAW OFFICES OF LENORE ALBERT
7755 Center Avenue, Suite #1100
Huntington Beach, CA 92647
Telephone (714) 372-2264
Facsimile (419) 831-3376
Email: lenorealbert@msn.com

**Salim Bensrhir**
Lenore L. Albert, Esq.
LAW OFFICES OF LENORE ALBERT
7755 Center Avenue, Suite #1100
Huntington Beach, CA 92647
Telephone (714) 372-2264
Facsimile (419) 831-3376
Email: lenorealbert@msn.com

**Kimberly Christensen**
Lenore L. Albert, Esq.
LAW OFFICES OF LENORE ALBERT
7755 Center Avenue, Suite #1100
Huntington Beach, CA 92647
Telephone (714) 372-2264
Facsimile (419) 831-3376
Email: lenorealbert@msn.com

**Alice Mbaabu**
Lenore L. Albert, Esq.
LAW OFFICES OF LENORE ALBERT
7755 Center Avenue, Suite #1100
Huntington Beach, CA 92647
Telephone (714) 372-2264
Facsimile (419) 831-3376
Email: lenorealbert@msn.com

**Richard Apostolos**
Lenore L. Albert, Esq.
LAW OFFICES OF LENORE ALBERT
7755 Center Avenue, Suite #1100
Huntington Beach, CA 92647
Telephone (714) 372-2264
Facsimile (419) 831-3376
Email: lenorealbert@msn.com

**Regan Owen**
Lenore L. Albert, Esq.
LAW OFFICES OF LENORE ALBERT
7755 Center Avenue, Suite #1100

Huntington Beach, CA 92647
Telephone (714) 372-2264
Facsimile (419) 831-3376
Email: lenorealbert@msn.com

**Jennifer Owen**
Lenore L. Albert, Esq.
LAW OFFICES OF LENORE ALBERT
7755 Center Avenue, Suite #1100
Huntington Beach, CA 92647
Telephone (714) 372-2264
Facsimile (419) 831-3376
Email: lenorealbert@msn.com

**Joanne Anderson**
Lenore L. Albert, Esq.
LAW OFFICES OF LENORE ALBERT
7755 Center Avenue, Suite #1100
Huntington Beach, CA 92647
Telephone (714) 372-2264
Facsimile (419) 831-3376
Email: lenorealbert@msn.com

**Jeremy John Dale**
Lenore L. Albert, Esq.
LAW OFFICES OF LENORE ALBERT
7755 Center Avenue, Suite #1100
Huntington Beach, CA 92647
Telephone (714) 372-2264
Facsimile (419) 831-3376
Email: lenorealbert@msn.com

Defendants named in the orders and the names and addresses of the attorneys for those defendants are as follows:

**Aurora Loan Services, LLC**
Victoria Edwards, Donald M Scotten & Justin D Balser
Akerman Senterfitt LLP
725 South Figueroa Street, 38th Floor
Los Angeles, CA  90017-5433

Ph: 213-688-9500
Fx: 213-627-6342
Donald.scotten@akerman.com
Justin.balser@akerman.com
Victoria.edwards@akerman.com
Todd.boock@akerman.com

All other defendants in this action, that ancillary orders affect and the names and addresses of the attorneys for each defendant are as follows:

**Deutsche Bank National Trust Company**                     Defendant
Victoria Edwards, Donald M Scotten & Justin D Balser
Akerman Senterfitt LLP
725 South Figueroa Street, 38th Floor
Los Angeles, CA  90017-5433
Ph: 213-688-9500
Fx: 213-627-6342
Donald.scotten@akerman.com
Justin.balser@akerman.com
Victoria.edwards@akerman.com
Todd.boock@akerman.com

**Deutsche Bank Trust Company Americas**                     Defendant
Victoria Edwards, Donald M Scotten & Justin D Balser
Akerman Senterfitt LLP
725 South Figueroa Street, 38th Floor
Los Angeles, CA  90017-5433
Ph: 213-688-9500
Fx: 213-627-6342
Donald.scotten@akerman.com
Justin.balser@akerman.com
Victoria.edwards@akerman.com
Todd.boock@akerman.com

Robert E. Gooding Jr.
Shawn M. Kennedy
Morgan, Lewis & Brockius
5 Park Plaza #1750
Irvine, CA  92614
Fax: 949-399-7001

skennedy@morganlewis.com
rgooding@morganlewis.com

Lenore L. Albert, Esq.  SBN 210876
LAW OFFICES OF LENORE ALBERT
7755 Center Avenue, Suite #1100
Huntington Beach, CA 92647
Telephone (714) 372-2264
Facsimile (419) 831-3376
Email: lenorealbert@msn.com

Attorney for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE YAU, et al on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br>DEUTSCHE BANK NATIONAL TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS and AURORA LOAN SERVICES, LLC, Inclusive,<br><br>Defendants. | CASE NO. SACV11-6 JVS (RNBx)<br><br>**Assigned to the Hon. James V Selna**<br><br>**ORDER**<br><br>Action filed: 01/03/11<br>Date of Hearing: 04/26/11<br>(TRO Issued 4-15-11) |

An Order to Show Cause why defendant Aurora Loan Services, LLC should not be preliminarily enjoined from foreclosing on the homes of certain named plaintiffs in this action as placed in the record came on for hearing on April 26, 2011.

Lenore Albert appeared on behalf of the plaintiffs and Imran Hayat and Todd Boock appeared on behalf of defendants Deutsche Bank National Trust Company, Deutsche Bank Trust Company Americas and Aurora Loan Services, LLC.

The court having considered the moving and opposing papers filed in this action, the evidence submitted thereon and the oral arguments of counsel, the request for a preliminary injunction is hereby granted in part and denied in part as follows:

On April 15, 2011, the Court granted the application of plaintiffs Robert Rhoades and Nicole Rhoades (collectively "Rhoades"); Douglas Edman and Douglas Edman and Eric Edman as Trustees of the High Desert Enterprise Trust (collectively "Edmans"); Anthony Johnson ("Johnson"); Angela Brown ("Brown"); Carman Arballo ("Arballo"); and Otis Banks ("Banks").[1] (Docket No. 168.)

The matter came on for hearing on April 26, 2011. The Court adopts the analysis which it set forth on the record, including the effect of two recent administrative consent decrees (see Application, Dockets Nos. 164-1 and 164-2), the lack of private remedy

---

[1] By agreement of the parties, Arballo and Brown were joined on the original application. (Docket No. 173.)

under HAMP, and the failure to establish the necessary elements for the grant of a preliminary injunction, including the likelihood of prevailing on the merits thereby.

The Court orders:

1. With respect to Arballo and Edmans request, the Court denies the application. However, the Court stays the effect of its Order for fourteen days to allow these applicants to see emergency relief in the court of Appeals for the Ninth Circuit.

2. With respect to Rhoades, Johnson, Brown, and Banks request, the record reveals that loan modifications are still under consideration, and no final determination has been made. Defendants have consistently represented that they will engage in no foreclosure activities while still considering a modification. With respect to these applicants, the Court grants limited relief until defendants have made a final determination, and during such period defendants and all persons covered by the Temporary Restraining Order are enjoined from taking any action restrained by the Temporary Restraining Order. Thereafter the injunctive relief shall be dissolved,[2] save for an additional fourteen days to allow these applicants to seek emergency relief in the Court of Appeals for the Ninth Circuit. Notice of any denial of modification shall be given to the applicant as well as the applicant's counsel of record in this matter.

---

[2] The dissolution is without prejudice to any application for additional relief which may be available in light of the facts existing at the time of dissolution.

3
**ORDER**

*Yau v Deutsche Bank National Trust Company et al*                    SACV11-0006 JVS (RNBx)

3. The Court grants the parties' oral request to continue the Scheduling Conference in this matter to Monday May 9, 2011 at 1:30p.m.

IT IS SO ORDERED.

Dated: May 05, 2011

_____
THE HONORABLE JAMES V. SELNA
JUDGE OF THE UNITED STATES DISTRICT COURT

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I declare that I am over the age of 18 years, and not a party to the within action; that I am employed in Orange County, California; my business address is 7755 Center Avenue Suite #1100, Huntington Beach, CA 92647.

On May 4, 2011, I served a copy of the following document(s) described as:

**[Proposed] ORDER**

On the interested parties in this action as follows:

See attached Mail List

[ ] **BY OVERNIGHT MAIL** – I caused such document(s) to be placed in pre-addressed envelope(s) with postage thereon fully prepaid and sealed, to be deposited as Express/Priority Mail for next day delivery at Westminster, California, to the aforementioned addressee(s).

[ ] **BY CM/ECF** – I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth pursuant to FRCP 5(d)(1).

[x] **BY EMAIL** – I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by email at the e-mail address(es) set forth pursuant to agreement between counsel.

[ ] **BY FAX** – I caused such document(s) to be transmitted facsimile from the offices located in Westminster, California this business day to the aforementioned recipients.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: May 4, 2011

/s/ Lenore Albert
Lenore Albert

Mailing List

For Defendant Aurora Loan Services, LLC and Defendant Deutsche Bank National Trust Company, and Defendant Deutsche Bank Trust Company Americas:
Victoria Edwards, Donald M Scotten & Justin D Balser
Akerman Senterfitt LLP
725 South Figueroa Street, 38th Floor
Los Angeles, CA  90017-5433
Ph: 213-688-9500
Fx: 213-627-6342
Donald.scotten@akerman.com
Justin.balser@akerman.com
Victoria.edwards@akerman.com
Todd.boock@akerman.com

For Defendant Deutsche Bank Trust Company Americas
Robert E. Gooding Jr.
Shawn M. Kennedy
Morgan, Lewis & Brockius
5 Park Plaza #1750
Irvine, CA  92614
Fax: 949-399-7001

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:
I declare that I am over the age of 18 years, and not a party to the within action; that I am employed in Orange County, California; my business address is 7755 Center Avenue Suite #1100, Huntington Beach, CA 92647.
On May 6, 2011, I served a copy of the following document(s) described as:
**NOTICE OF APPEAL**
On the interested parties in this action as follows:
See attached Mail List

[ ] **BY OVERNIGHT MAIL** – I caused such document(s) to be placed in pre-addressed envelope(s) with postage thereon fully prepaid and sealed, to be deposited as Express/Priority Mail for next day delivery at Westminster, California, to the aforementioned addressee(s).
[x] **BY CM/ECF** – I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth pursuant to FRCP 5(d)(1).
[x] **BY EMAIL** – I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by email at the e-mail address(es) set forth pursuant to agreement between counsel.
[ ] **BY FAX** – I caused such document(s) to be transmitted facsimile from the offices located in Westminster, California this business day to the aforementioned recipients.
   I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.


Dated: May 6, 2011

                                    /s/ Lenore Albert
                                        Lenore Albert

# Mailing List

<u>For Defendant Aurora Loan Services, LLC and Defendant Deutsche Bank National Trust Company, and Defendant Deutsche Bank Trust Company Americas:</u>
Victoria Edwards, Donald M Scotten & Justin D Balser
Akerman Senterfitt LLP
725 South Figueroa Street, 38th Floor
Los Angeles, CA  90017-5433
Ph: 213-688-9500
Fx: 213-627-6342
Donald.scotten@akerman.com
Justin.balser@akerman.com
Victoria.edwards@akerman.com
Todd.boock@akerman.com

<u>For Defendant Deutsche Bank Trust Company Americas</u>
Robert E. Gooding Jr.
Shawn M. Kennedy
Morgan, Lewis & Brockius
5 Park Plaza #1750
Irvine, CA  92614
Fax: 949-399-7001
skennedy@morganlewis.com
rgooding@morganlewis.com