1  Lenore L. Albert, Esq.   SBN 210876
2  LAW OFFICES OF LENORE ALBERT
3  7755 Center Avenue, Suite #1100
   Huntington Beach, CA 92647
4  Telephone (714) 372-2264
5  Facsimile (419) 831-3376
   Email: lenorealbert@msn.com
6
7  Attorney for Plaintiffs and the Class

**DENIED**
BY ORDER OF THE COURT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE YAU, et al on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>vs.<br>DEUTSCHE BANK NATIONAL TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS and AURORA LOAN SERVICES, LLC, Inclusive,<br><br>        Defendants. | **CASE NO. SACV11-6 JVS (RNBx)**<br><br>**Assigned to the Hon. James V Selna**<br><br>**[Proposed] ORDER**<br><br>Action filed: 01/03/11<br>Date of Application: 05/06/11 |

1
**ORDER**

*Yau v Deutsche Bank National Trust Company et al*                    *SACV11-0006 JVS (RNBx)*

An ex parte application to Stay the proceedings or continue the Defendants' Motion to Dismiss currently set to be heard on May 9, 2011 in this action was taken under submission.

The court having considered the moving and opposing papers filed in this action, the evidence submitted thereon, finds as follows:

☐ Good cause appearing, all further proceedings in this action are stayed pending final determination on appeal;

☐ Good cause appearing, the Motion to Dismiss and Scheduling Conference are hereby continued to _____, 2011 at _____ so that plaintiffs may seek emergency relief in the court of Appeals for the Ninth Circuit;

☐ The application is denied.

IT IS SO ORDERED.

Dated: May 09, 2011

**DENIED**
BY ORDER OF THE COURT
_____
THE HONORABLE JAMES V. SELNA
JUDGE OF THE UNITED STATES DISTRICT COURT

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I declare that I am over the age of 18 years, and not a party to the within action; that I am employed in Orange County, California; my business address is 7755 Center Avenue Suite #1100, Huntington Beach, CA 92647.

On May 6, 2011, I served a copy of the following document(s) described as:

**[Proposed] ORDER**

On the interested parties in this action as follows:

See attached Mail List

**[ ] BY OVERNIGHT MAIL** – I caused such document(s) to be placed in pre-addressed envelope(s) with postage thereon fully prepaid and sealed, to be deposited as Express/Priority Mail for next day delivery at Westminster, California, to the aforementioned addressee(s).

**[ ] BY CM/ECF** – I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth pursuant to FRCP 5(d)(1).

**[x] BY EMAIL** – I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by email at the e-mail address(es) set forth pursuant to agreement between counsel.

**[ ] BY FAX** – I caused such document(s) to be transmitted facsimile from the offices located in Westminster, California this business day to the aforementioned recipients.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: May 6, 2011

/s/ Lenore Albert_____
Lenore Albert

Mailing List

For Defendant Aurora Loan Services, LLC and Defendant Deutsche Bank National Trust Company, and Defendant Deutsche Bank Trust Company Americas:
Victoria Edwards, Donald M Scotten & Justin D Balser
Akerman Senterfitt LLP
725 South Figueroa Street, 38th Floor
Los Angeles, CA  90017-5433
Ph: 213-688-9500
Fx: 213-627-6342
Donald.scotten@akerman.com
Justin.balser@akerman.com
Victoria.edwards@akerman.com
Todd.boock@akerman.com

For Defendant Deutsche Bank Trust Company Americas
Robert E. Gooding Jr.
Shawn M. Kennedy
Morgan, Lewis & Brockius
5 Park Plaza #1750
Irvine, CA  92614
Fax: 949-399-7001
skennedy@morganlewis.com
rgooding@morganlewis.com