# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| 11-55743 | SACV 11-0006-JVS (RNBx) |
|---|---|
| U.S. COURT OF APPEALS CASE NUMBER | U.S. DISTRICT COURT CASE NUMBER |
| Eddie Yau, et al., v Deutsche Bank National Trust Company, et al. | 05/06/2011 |
| SHORT CASE TITLE | DATE NOTICE OF APPEAL FILED BY CLERK OF DISTRICT COURT |

**SECTION A** - TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 04/26/2011 | Jane C.S. Rule | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☒ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY) |

ATTACH ADDITIONAL PAGE FOR DESIGNATIONS, IF NECESSARY

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☒ As retained counsel (or litigant in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☐ As appointed counsel, I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within five (5) days hereof, will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

NAME, ADDRESS AND TELEPHONE NUMBER:

Lenore L. Albert, Esq.
Law Offices of Lenore Albert
7755 Center Avenue, Suite 1100
Huntington Beach, CA 92647
(714) 372-2264

DATE TRANSCRIPT ORDERED: 05/12/2011

*[signature]*
SIGNATURE
ATTORNEY/PRO PER LITIGANT

FILE COPY FOR ORDERING PARTY

TRANSCRIPT DESIGNATION AND ORDERING FORM

A-9 (08/97) CA9-036(10/01/82)　　　COPY FIVE

Service List

<u>For Defendant Aurora Loan Services, LLC and Defendant Deutsche Bank National Trust Company, and Defendant Deutsche Bank Trust Company Americas:</u>
Victoria Edwards, Donald M Scotten & Justin D Balser
Akerman Senterfitt LLP
725 South Figueroa Street, 38th Floor
Los Angeles, CA  90017-5433
Ph: 213-688-9500
Fx: 213-627-6342
Donald.scotten@akerman.com
Justin.balser@akerman.com
Victoria.edwards@akerman.com
Todd.boock@akerman.com

<u>For Defendant Deutsche Bank Trust Company Americas</u>
Robert E. Gooding Jr.
Shawn M. Kennedy
Morgan, Lewis & Brockius
5 Park Plaza #1750
Irvine, CA  92614
Fax: 949-399-7001
skennedy@morganlewis.com
rgooding@morganlewis.com

<u>For Plaintiffs Douglas Edman, Eric Edman, and Carmen Arballo</u>
Lenore Albert, Esq.
Law Offices of Lenore Albert
7755 Center Ave., Suite #1100
Huntington Beach, CA 92647
Ph: 714-372-2264
Fx: 419-831-3376
lenorealbert@msn.com