JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DISTRICT

| | |
|---|---|
| EDDIE YAU and GLORIA YAU, on behalf of themselves and all others similarly situated., <br><br>Plaintiffs, <br><br>v. <br><br>AURORA LOAN SERVICES LLC, <br><br>Defendant. | Case No. SACV11-00006-JVS (RNBx) <br>Assigned to the Hon. James V. Selna <br><br>**ORDER GRANTING DEFENDANT AURORA LOAN SERVICES LLC'S MOTION TO DISMISS THIRD AMENDED COMPLAINT (FILED 9-26-11) AND DENYING PLAINTIFF'S AMENDED MOTION FOR LEAVE TO AMEND THE THIRD AMENDED COMPLAINT AND ADJUST SCHEDULING ORDER (FILED 8-28-11)** |

For the reasons set forth in the Court's Minute Order of November 8, 2011 (Docket No. 260), Plaintiffs' motion for leave to amend is denied, and Aurora's motion to dismiss the Third Amended Complaint is granted.

IT IS SO ORDERED.

Dated: November 21, 2011

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California, I am over the age of 18 years and am not a party to the within action. My business address is 511 16th Street, Suite 420, Denver, Colorado 80202.

On **November 21, 2011**, I served the following documents by placing a true copy thereof in a sealed envelope(s) on the persons below as follows:

**[PROPOSED] ORDER GRANTING DEFENDANT AURORA LOAN SERVICES LLC'S MOTION TO DISMISS THIRD AMENDED COMPLAINT (FILED 9-26-11) AND DENYING PLAINTIFF'S AMENDED MOTION FOR LEAVE TO AMEND THE THIRD AMENDED COMPLAINT AND ADJUST SCHEDULING ORDER (FILED 8-28-11)**

***SEE ATTACHED SERVICE LIST***

☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☒ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

☐ (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **November 21, 2011**, at Denver, Colorado.

    Debby Esler
    (Type or print name)            (Signature)

# SERVICE LIST
*Yau v. Deutsche Bank Trust Company Americas, et al.*
Case No. SACV11-6 JVS (RNBx)

Lenore L. Albert, Esq.
Law Offices of Lenore Albert
7755 Center Avenue, Suite 1100
Huntington Beach, CA 92647
E-mail: lenorealbert@msn.com
*Attorney for Plaintiffs*

{22669723;1}  1  CASE NO. CASE NO. SACV11-00006-JVS
**[PROPOSED ORDER GRANTING DEFENDANT AURORA LOAN SERVICES LLC'S MOTION TO DISMISS THIRD AMENDED COMPLAINT (FILED 9-26-11) AND DENYING PLAINTIFF'S AMENDED MOTION FOR LEAVE TO AMEND THE THIRD AMENDED COMPLAINT AND ADJUST SCHEDULING ORDER (FILED 8-28-11)**