Lenore L. Albert, Esq.   SBN 210876
LAW OFFICES OF LENORE ALBERT
7755 Center Avenue, Suite #1100
Huntington Beach, CA 92647
Telephone (714) 372-2264
Facsimile (419) 831-3376
Email: lenorealbert@msn.com

Attorney for Plaintiffs, Eddie Yau, et al
And those similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE YAU and GLORIA YAU, et al on behalf of themselves and all others similarly situated., <br><br> Plaintiffs, <br><br> vs. <br><br> AURORA LOAN SERVICES, LLC, <br><br> Defendants. | **CASE NO. SACV 11-0006-JVS (RNBx)** <br><br> Assigned to the Hon. James V Selna <br><br> **AMENDED NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that named plaintiffs Joanne Anderson, Richard Apostolos, Angela Brown, and Steve Burke, individually and as a representative of the class, hereby Amend this Appeal to include Eddie Yau as a named appellant on this appeal that was originally filed on December 20, 2011 (Doc. No. 266) after court dismissed the case without leave to amend entered and filed on November 21, 2011.

Dated: May 24, 2012              s/Lenore L. Albert_____
                                 Lenore L. Albert, Esq.
                                 Counsel for Appellants

# REPRESENTATION STATEMENT

The names of the parties to the order and the names and addresses of the attorneys for each party are as follows:

| | |
|---|---|
| **Joanne Anderson** | Named plaintiff as a representative of the class |
| **Richard Apostolos** | Named plaintiff as a representative of the class |
| **Angela Brown** | Named plaintiff as a representative of the class |
| **Steve Burke** | Named plaintiff as a representative of the class |
| **Eddie Yau** | Named plaintiff as a representative of the class |

Lenore L. Albert, Esq.                               Counsel for all named plaintiffs as a
LAW OFFICES OF LENORE ALBERT     representative of the class
7755 Center Avenue, Suite #1100
Huntington Beach, CA 92647
Telephone:  (714) 372-2264
Facsimile:   (419) 831-3376
Email:         lenorealbert@msn.com


**Aurora Loan Services, LLC**            Named defendant

Victoria Edwards, Esq. Justin D Balser, Esq.   Counsel for named defendants
and Imran Hayat, Esq.
AKERMAN SENTERFITT LLP
725 South Figueroa Street, 38th Floor
Los Angeles, CA  90017-5433
Telephone:  (213) 688-9500
Fax:            (213) 627-6342
Email:         Justin.balser@akerman.com
Email:         Victoria.edwards@akerman.com
Email:         Imran.Hayat@akerman.com

**AMENDED NOTICE OF APPEAL**

*Yau v. Aurora Loan Services, LLC*                                           *SACV11-6 JVS (RNBx)*

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I declare that I am over the age of 18 years, and not a party to the within action; that I am employed in Orange County, California; my business address is 7755 Center Avenue Suite #1100, Huntington Beach, CA 92647.

On May 24, 2012, I served a copy of the following document(s) described as:

**AMENDED NOTICE OF APPEAL**

On the interested parties in this action as follows:

See attached Mail List

[ ] **BY OVERNIGHT MAIL** – I caused such document(s) to be placed in pre-addressed envelope(s) with postage thereon fully prepaid and sealed, to be deposited as Express/Priority Mail for next day delivery at Westminster, California, to the aforementioned addressee(s).

[X] **BY CM/ECF** – I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth pursuant to FRCP 5(d)(1).

[ ] **BY FAX** – I caused such document(s) to be transmitted facsimile from the offices located in Westminster, California this business day to the aforementioned recipients.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: May 24, 2012

/s/ Lenore Albert_____
Lenore Albert

## Mailing List

<u>For Defendant Aurora Loan Services, LLC :</u>
Victoria Edwards, Justin D Balser, Todd Boock, and Imran Hayat
Akerman Senterfitt LLP
725 South Figueroa Street, 38th Floor
Los Angeles, CA  90017-5433
Ph: 213-688-9500
Fx: 213-627-6342
Justin.balser@akerman.com
Victoria.edwards@akerman.com
Todd.boock@akerman.com
Imran Hayat@akerman.com