UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-00006-JVS(RNBx) | Date | June 20, 2013 |
|---|---|---|---|
| Title | Eddie Yau, et al. v. Duetsche Bank National Trust Co. Americas, et al. | | |

| Present: The Honorable | James V. Selna | |
|---|---|---|
| | Karla J. Tunis | Not Present |
| | Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**   **(IN CHAMBERS)**   Order re Further Briefing re Jurisdiction

       The parties are directed to file immediately a brief of no more than seven pages addressing the following issue: the power and jurisdiction of this Court to enforce the Ninth Circuit's order that the trustee's sale of June 3, 2013, affecting the Anderson property be set aside, including any contempt proceeding for any violation thereof. (Yau v. Deutsche Bank National Trust Company Americas, United States Court of Appeals for the Ninth Circuit, Case No. 11-57209, Order (June 10, 2013).)

| | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | kjt | | |