Lenore L. Albert, Esq.   SBN 210876
LAW OFFICES OF LENORE ALBERT
7755 Center Avenue, Suite #1100
Huntington Beach, CA 92647
Telephone (714) 372-2264
Facsimile (419) 831-3376
Email: lenorealbert@msn.com

Attorney for Plaintiffs, Eddie Yau, et al, an individual
*on behalf of themselves and all others similarly situated*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFONIA

| | |
|---|---|
| EDDIE YAU, et al *an individual, on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A., et al.,<br>Defendants. | CASE NO. *SACV 11-006-JVS (RNBx)*<br><br>Assigned to the Hon. James V. Selna<br><br>**PRELIMINARY INJUNCTION**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: 10C |

The court having considered the moving and opposing papers filed in this action, all oral argument of counsel, and the evidence submitted thereon, Plaintiffs' Joanne Anderson and Angela Brown's request for a Preliminary Injunction is hereby **GRANTED**.

Defendant Aurora Loan Services, LLC, its employees, agents, representatives and all others acting in concert therewith, are hereby enjoined from selling the homes of Joanne Anderson or Angela Brown; transferring title of the homes of Joanne Anderson or Angela Brown; sending out a new notice of sale date; publishing a new sale date; sending out realtors to the home to evict or otherwise dispossess the Plaintiffs from their property; or do any act to further transfer or impair any interest in their properties, or take any further action affecting title to or possession of their properties until further order of this Court.

The properties affected by this Order are located at:

24291 Park Pl Dr., Laguna Niguel, CA 92677

and

4516 Abruzzi Circle, Stockton, CA 95206

The court declines to require a bond at this time.

**PRELIMINARY INJUNCTION**
*Yau v Deutsche Bank Nat'l Trust Co., et al*     SACV 11-0006-JVS (RNBx)

1  The Court directs Aurora Loan Services, LLC to give Nationstar Mortgage LLC
2  immediate notice of this Preliminary Injunction.
3
4  **IT IS SO ORDERED.**
5
6
7  Dated: July 10, 2013
8
9  _____
10  HON. JAMES V. SELNA
11  UNITED STATES DISTRICT COURT JUDGE
12  CENTRAL DISTRICT OF CALIFORNIA

3
**PRELIMINARY INJUNCTION**
*Yau v Deutsche Bank Nat'l Trust Co., et al*     SACV 11-0006-JVS (RNBx)

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:
 I declare that I am over the age of 18 years, and not a party to the within action; that I am employed in Orange County, California; my business address is 7755 Center Avenue Suite #1100,Huntington Beach, CA  92647.
On July 8, 2013, I served a copy of the following document(s) described as:
**[PROPOSED] PRELIMINARY INJUNCTION**

On the interested parties in this action as follows:
<u>See Mailing List</u>

**[x] BY CM/ECF –** I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth pursuant to FRCP 5(d)(1).
**[x] BY EMAIL\* –** I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth.
**[] BY FAX** – I caused such document(s) to be transmitted facsimile from the offices located in Westminster, California this business day to the aforementioned recipients.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: July 8, 2013

/s/ Lenore Albert
Lenore Albert

**PRELIMINARY INJUNCTION**
*Yau v Deutsche Bank Nat'l Trust Co., et al*     SACV 11-0006-JVS (RNBx)

1

MAILING LIST

2

3 <u>Nationstar Mortgage LLC\*</u>
350 Highland Dr
4 Lewisville, TX 75067
Fax: 866-245-5896
5 icon@nationstarmail.com
6 loganathon.gopal@nationstarmail.com
7 kamal.ramasamy@nationstarmail.com

8

9 <u>For Defendant Aurora Loan Services, LLC:</u>
Victoria Edwards & Justin D Balser
10 Akerman Senterfitt LLP
11 725 South Figueroa Street, 38th Floor
Los Angeles, CA  90017-5433
12 Ph: 213-688-9500
13 Fx: 213-627-6342
Justin.balser@akerman.com
14 Victoria.edwards@akerman.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

**PRELIMINARY INJUNCTION**

*Yau v Deutsche Bank Nat'l Trust Co., et al*      SACV 11-0006-JVS (RNBx)