UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:11-cv-00006-JVS(RNBx) | Date | May 21, 2024 |
| Title | Eddie Yau et al v. Deutsche Bank National Trust Company Americas et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **[IN CHAMBERS] Order to Show Cause re Deposit in Lieu of Bond**

On January 31, 2011 Plaintiff's Eddie and Gloria Yau, Otis Banks, John Barajas, and Carmen Arballo deposited monthly mortgage payments with the Court Clerk's Office in lieu of a bond in accordance with Local Rule 65-10.  (See Financial Entry, Docket Report 1/31/2011) The deposit supported the security requirement on the preliminary injunction.

| | |
|---|---|
| Eddie and Gloria Yau | $ 2,875.00 |
| Otis Banks | $ 1,633.61 |
| John Barajas | $ 2,096.00 |
| Carmen Arballo | $ 1,347.69 |

The Court dissolved the preliminary injunction on February 7, 2011.  (See Docket No. 73)

Accordingly, the Court hereby **ORDERS** defendant to show cause in writing no later than **June 5, 2024**, why the deposit in lieu of bond in the amounts shown above should not be transferred to plaintiffs' in this action.  If defendant does not show cause by June 5, 2024 the funds including any interest will be transferred to plaintiffs'.

It is so Ordered.